# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Ian H. Levin |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6820 | **DATE** | 7/6/2004 |
| **CASE TITLE** | | American Massage Therapy vs. Chris Folkers | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

> Motion for reinstatement of fee award

**DOCKET ENTRY:**

(1) ■ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **Enter report and recommendation recommending that the motion to reinstatement of fee award of District Judge Bucklo against defendants be granted in the amount of $2,877.50 for the reasons stated of record.**

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 3 | **Document Number** |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 0 7 2004 | |
| | Notified counsel by telephone. | | date docketed | 98 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 7/6/2004 | |
| ✓ | Copy to judge/magistrate judge. | U.S. DISTRICT COURT CLERK | date mailed notice | |
| SM | courtroom deputy's initials | 2004 JUL -6 PM 4:51 | SM | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

## ORDER

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the Magistrate Judge's Report and Recommendation. See FED. R. CIV. P. 72 (B); 28 U.S.C. § 636(B)(1)(B); LORENTZEN v. ANDERSON PEST CONTROL, 64 F. 3D 327, 329 (7th CIR. 1995); THE PROVIDENT BANK v. MANOR STEEL CORP., 882 F.2D 258 (7th CIR. 1989).